# MSG

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**10  1144**

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.
**"BANKRUPTCY RECORD ON APPEAL"**

Address of Plaintiff IN RE: __P.O. Box 144__
Post office: __Oley, PA 19547__ County: _____
Address of Defendant: _____
office: _____ County: _____ Place of
incident, or transaction: _____ Post office _____
_____ County _____ (Use Reverse Side for
Additional Space)

Does this case involve multidistrict litigation possibilities?    A/R    Yes ☐  No ☐
RELATED CASE, IF ANY:
Case Number: __10MC16__   Judge: __Goldberg__   Date Terminated: _____

Civil cases are deemed related when yes is answered to any

1.) Is this case related to property included in an earlier numbered pending or within one year previously terminated action in this court?

2.) Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?

3.) Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?

FILE NO  **10  1144**   DATE: **MAR 1 6 2010**

ASSIGNED TO: __Judge Goldberg__

RELATED CASE NO: __10MC16__

CATEGORY: __Bankruptcy Appeal__

CIVIL: (Place ✗ in ONE CATEGORY ONLY)
A. Federal Question Cases
1.) ☐ Indemnity Contract, Marine Contract, and all Other Contracts
2.) ☐ FELA
3.) ☐ Jones Act-Personal Injury
4.) ☐ Antitrust
5.) ☐ Patent
6.) ☐ Labor-Management Relations
7.) ☐ Civil Rights
8.) ☐ Habeas Corpus
9.) ☐ Securities Act(s) Cases
10.) ☐ Social Security Review Cases
    (Please Specify)
11.) ☒ All other Federal Question Cases
    (Please specify:) __Bankruptcy Appeal__

8.) ☐ Products Liability – Asbestos
9.) ☐ All other Diversity Cases
    (Please Specify)

**ARBITRATION CERTIFICATION**

I, _____, counsel of record do hereby certify pursuant to Local Civil Rule 8, Section 4(a)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs.

Date _____   Attorney-At-Law _____

( ) BANKRUPTCY APPEAL

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

Date __3/16/10__   __Steve Tomas, Deputy Clerk__
Attorney-At-Law

CIV 609 (7/98)

MAR 1 6 2010