IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IMAGE MASTERS, INC., et al.** : | CIVIL ACTION |
| : | |
| v. : | No. 10-1141 |
| : | |
| **CHASE HOME FINANCE, et al.** : | |

# ORDER

**AND NOW**, this 11th day of March, 2013, upon consideration of "Trustee/Appellant's Brief in Support of Appeal" (Doc. No. 10) and "Appellee's Brief in Opposition to Trustee's Appeal" (Doc. No. 37), and after oral argument, a subsequent telephone conference and supplemental briefings (Doc. Nos. 50, 51), it is hereby **ORDERED** that the orders of the bankruptcy court dated December 17, 2009, February 4, 2010 and March 3, 2010 are **AFFIRMED** in part, **VACATED** in part and **REMANDED** for further proceedings consistent with the accompanying Memorandum Opinion.

BY THE COURT:

/s/ Mitchell S. Goldberg

**Mitchell S. Goldberg, J.**