UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET, SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath
Clerk

Telephone
(215) 408-2800

May 19, 2023

Re:   Image Masters, Inc., et al., Debtors
Lynn Feldman, as Chapter 7 Trustee of the Estate of Image Masters, Inc. et al., Plaintiff
v.
ABN AMRO Mortgage Group, Inc. et al., Defendants

Bankruptcy No. 07-21587-MDC
Adversary No.   09-2092 -MDC        Civil Action No.

Dear George Wylesol, Clerk of Court:
We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

( ) Certificate of appeal from order entered  by the Honorable .
    Notice of appeal filing fee (  )paid    ( )not paid

(X) Designation of Record for the Servicer Defendants' Objections to the Bankruptcy Court's Proposed
    Findings of Fact and Conclusion of Law; and Plaintiff's Supplemental Designation of Record for Objections.
( ) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

( ) Motion for leave to appeal filed .
    ( ) Answer to motion filed .

(X) <u>Order and Memorandum</u> dated 12/31/2022,  and  Order dated 2/6/2023 granting Motion For Clarification
    regarding a component of the Court's Memorandum issued on 12/31/2022.
    (Proposed Findings of Fact and Conclusions of Law entered by Chief Judge Magdeline D. Coleman)
(x) Plaintiff's Objections filed 2/7/2023
(x) Objection Of Suntrust Bank filed 2/7/2023
(x) Limited Objections and Reservation of Rights Of Federal National Mortgage Association filed 2/7/2023
(x) Servicer Defendants' Objections filed 2/7/2023
(x) Objections of Park Grenada & Bank Of New York filed 2/7/2023
(x) Plaintiff's Omnibus Response In Opposition To Objections Of Defendants filed 3/16/2023
(x) Response of Federal National Mortgage Association to Plaintiff's Objections filed 3/17/2023
(x) Opposition of Park Grenada & Bank Of New York To Trustee's Objection filed 3/17/2023
(x) Servicer Defendants' Opposition to Trustee's Objections filed 3/17/2023
(x) Plaintiff's Reply In Further Support of Objections filed 4/25/2023
(x) Reply of Federal National Mortgage Association in Support of Limited Objections filed 4/25/023
(x) Reply Brief In Support of Servicer Defendant's Objections filed 4/25/2023
(x) Reply Brief of Park Grenada & Bank of New York In Support Of Objections filed 4/25/203

( )Report and recommendation entered  by the Honorable .
    ( ) Objections filed
( ) Original record transferred to the District Court pursuant to the order of the Honorable .
( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court
Timothy B. McGrath
Clerk

By: Marie K.
Deputy Clerk

Received above material or record tile this _____ day of _____, 2023        .

Civil Action No. _____        Signature:_____

Miscellaneous No. _____        Date: _____

Assigned to Judge _____

BFL5.frm(rev 11/8/17)