Date of Notice:  January 5, 2024

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IMAGE MASTERS, INC., | CIVIL ACTION |
| *Plaintiff,* | |
| v. | NO.  10-1141 |
| CHASE HOME FINANCE, *et al.*, | |
| *Defendants.* | |

## NOTICE

Please take notice that pursuant to the request of counsel, the STATUS CONFERENCE in the above-captioned matter scheduled for Tuesday, January 23, 2024 at 2:30 p.m. is **RESCHEDULED** to be held on **Wednesday, January 31, 2024 at 2:30 p.m.**  The Conference will be conducted by telephone and held on the record.  Counsel are directed to dial in as follows:  (1) Call:  888-684-8852; (2) Enter access code:  2187450#;  (3) Press # to enter as a participant.

         FOR THE COURT:

         */s/ Sharon Lippi*
         **Sharon Lippi, Civil Deputy to**
         **Hon. Mitchell S. Goldberg**